[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec. 03, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-13297
Non-Argument Calendar

_____

D. C. Docket No. 97-00099-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TODD DEWAYNE WILSON,
a.k.a. TT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 3, 2009)

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Randolph P. Murrell and Chet Kaufman, appointed counsel for Todd

Dewayne Wilson, have filed a motion to withdraw on appeal and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED**, and the district court's denial of § 3582(c)(2) relief is **AFFIRMED**.